**HANLEY *v.* KUBLI.**

Appeal from Jackson County.

Suit by Mary H. Hanley against Ellen Jane Kubli and another for the admeasurement of dower. There was a decree as prayed for and defendants appeal.

DISMISSED BY STIPULATION.

*Mr. Edward Byers Watson* for appellants.

*Mr. Allen Evan Reames* and *Mr. Clarence L. Reames* for respondent.

After the rendition of an opinion herein, which was unofficially published (74 Pac. 224), a rehearing was granted (75 Pac. 209), pending which the appeal and the suit were dismissed pursuant to the stipulation of the parties. The opinion is, by direction of the court, withheld from publication officially.

DISMISSED BY STIPULATION.